

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Steven Painter, Tonya Wright, Individually and as Representative of the Estate of Earl A. Wright, III, Deceased, et. al., | § § § | No. 08-13-00272-CV |
| Appellants, | § | Appeal from the |
| v. | § | 83rd District Court |
| Amerimex Drilling, I LTD, J. C. Burchett, and Sandridge Energy, Inc., | § § | of Pecos County, Texas |
| Appellees. | § | (TC# P-6666-83-CV) |

## **O R D E R**

The Court GRANTS the Appellants' Motion to Reestablish Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record is now due in this Court on or before February 2, 2014. If no Reporter's Record will be filed for this appeal then the Appellants' brief shall be due in this Court on or before February 2, 2014.

IT IS SO ORDERED this 3rd day of January, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.